IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

V.     CAUSE NO. 4:15-CR-004-SA-JMB

MARK ANTHONY HEAD     DEFENDANT

## MOTION TO REINSTATE BOND

**COMES NOW** the defendant, Mark Anthony Head, by and through undersigned counsel, and respectfully requests this Honorable Court to reinstate the bond previously ordered, and in support thereof would show unto the Court as follows, to-wit:

1. That your defendant was arrested and released on an unsecured bond in the amount of $10,000.00 on December 16, 2014, on the pending indictment.

2. Your defendant was re-arrested on or around April 14, 2015, and held in custody, based upon alleged violation of his Pre-Trial conditions; then held pending the outcome of a mental examination and evaluation by Dr. Mark Webb.

3. On or about August 22, 2015, Dr. Mark Webb submitted to the Court a copy of his report and evaluation of your defendant, indicating defendant was not a danger risk.

4. Based on Dr. Webb's findings, your defendant is competent to stand trial and assist counsel in his defense. Further, Dr. Webb found that your defendant does not pose a danger to himself or others.

5. Although your defendant was arrested based on allegations concerning his mental health, your defendant did not violate any of the terms and conditions of pretrial

release.

6. Your defendant has never failed to appear in court and, if allowed back out on his original bond, your defendant will continue to abide by any terms and conditions of release established by this Honorable Court.

**WHEREFORE, PREMISES CONSIDERED**, the defendant by and through his attorney moves this Honorable Court to reinstate bond pending sentencing in this matter.

Respectfully submitted,

**MARK ANTHONY HEAD**

By: */s/ John M. Colette*
John M. Colette

**JOHN M. COLETTE, MSB #6376**
Sherwood A. Colette, MSB#103488
John M. Colette & Associates
190E. Capitol Street, Ste. 475
Jackson, MS 39201
(601) 355-6277  Telephone
(601) 355-6283  Facsimile

### CERTIFICATE OF SERVICE

I, John M. Colette, do hereby certify that I have this day delivered via CM/ECF, a true and correct copy of the above and foregoing Motion to parties of record.

THIS, the 8th day of October, 2015.

*/s/     John     M.     Colette*
JOHN   M.   COLETTE,   ATTORNEY
FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

V.     CAUSE NO. 4:15-CR-004-SA-JMB

MARK ANTHONY HEAD     DEFENDANT

### NOTICE OF MOTION

TO:

| | |
|---|---|
| Honorable Robert H. Norman<br>U.S. ATTORNEY'S OFFICE<br>900 Jefferson Avenue<br>Oxford, MS 38655-3608<br>(662) 234-3351<br>Email: bob.norman@usdoj.gov | U.S. Probation Service<br>301 West Commerce Street<br>Box 12<br>Aberdeen, MS 39730<br>(662)369-2062 |

Please take notice that undersigned counsel intends to bring the defendants' Motion to Reinstate Bond on for hearing in this case before the Honorable Sharion Aycock, District Court Judge for the United States District Court, Northern District of Mississippi, Greenville Division, located at Thomas G. Abernethy Federal Building, 301 W. Commerce St., Aberdeen, MS 39730, as soon as defendant can be heard at a time convenient for the Court.

This the 8th day of October, 2015.

Respectfully submitted,

By:    */s/ John M. Colette*
          John M. Colette

## CERTIFICATE OF SERVICE

I, John M. Colette, do hereby certify that I have this day delivered via CM/ECF, a true and correct copy of the above and foregoing Motion to parties of record.

THIS, the 8th day of October, 2015.

/s/ *John M. Colette*
JOHN M. COLETTE, ATTORNEY FOR DEFENDANT

**JOHN M. COLETTE, MSB #6376**
Sherwood A. Colette, MSB#103488
John M. Colette & Associates
190E. Capitol Street, Ste. 475
Jackson, MS 39201
(601) 355-6277  Telephone
(601) 355-6283  Facsimile